[Crim. No. 1433.  First Appellate District, Division One.—November 21, 1927.]

In the Matter of the Application of JOHN J. MARTIN for a Writ of Habeas Corpus.

Frank P. Webster for Petitioner.

Earl Warren, District Attorney, and R. H. Chamberlain, Jr., and Stanley C. Smallwood, Deputies District Attorney, for Respondent.

TYLER, P. J.—Application for writ of *habeas corpus.*

Petitioner was jointly charged with the crime of grand larceny with one H. W. Scott.  The facts are identical with those in *In re Scott, ante,* p. 60 [261 Pac. 725].  ▉ Upon the authority of the case the writ heretofore issued is discharged and the petitioner remanded.

Campbell, J., *pro tem.,* and Cashin, J., concurred.